**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | <u>TRANSPORTATION</u> ORDER |
| TOMAS ANZALDUA, | 19 Cr. 579 (VM) |
| Defendant. | |

Upon the application of Tomas Anzaldua, by his attorney, David B. Anders, Esq.,

Wachtell, Lipton, Rosen & Katz, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence

and in the interests of justice, it is hereby

ORDERED that the United States Marshals Service furnish Tomas Anzaldua with funds

to cover the cost of travel between McAllen, Texas, and New York, New York, for Mr.

Anzaldua's court appearances, scheduled for March 5 and 6, 2020,

ORDERED that Mr. Anzaldua arrive in New York on March 5, 2020, no later than 9:00

a.m., and depart New York no earlier than 5 p.m. on March 6, 2020; and it is hereby further

ORDERED that the aforesaid expenses shall be paid by the United States Marshals

Service.

SO ORDERED.

HONORABLE VICTOR MARRERO
United States District Judge

Dated: March 3, 2020
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/20

## WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MARC WOLINSKY
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG

STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

**TELEPHONE: (212) 403 -1000**
**FACSIMILE:   (212) 403 -2000**

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

MARTIN J.E. ARMS
MICHAEL H. BYOWITZ
KENNETH B. FORREST
SELWYN B. GOLDBERG
PETER C. HEIN
MEYER G. KOPLOW
LAWRENCE S. MAKOW
DOUGLAS K. MAYER
PHILIP MINDLIN
DAVID S. NEILL
HAROLD S. NOVIKOFF
LAWRENCE B. PEDOWITZ

ERIC S. ROBINSON
PATRICIA A. ROBINSON*
ERIC M. ROTH
PAUL K. ROWE
DAVID A. SCHWARTZ
MICHAEL J. SEGAL
ELLIOTT V. STEIN
WARREN R. STERN
PAUL VIZCARRONDO, JR.
PATRICIA A. VLAHAKIS
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
AMANDA K. ALLEXON
LOUIS J. BARASH
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
KATHRYN GETTLES-ATWA
ADAM M. GOGOLAK

NANCY B. GREENBAUM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
PAULA N. RAMOS
NEIL M. SNYDER
S. CHRISTOPHER SZCZERBAN
JEFFREY A. WATIKER

DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE
DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
EDWARD J. LEE
BRANDON C. PRICE
KEVIN S. SCHWARTZ

MICHAEL S. BENN
SABASTIAN V. NILES
ALISON ZIESKE PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. BONNETT
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO

DIRECT DIAL: (212) 403-1307
DIRECT FAX: (212) 403-2307
E-MAIL: DBANDERS@WLRK.COM

March 2, 2020

Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   *United States of America* v. *Tomas Anzaldua*, No. 19 Cr. 579 (VM)
(S.D.N.Y. 2019)

Dear Judge Marrero:

I represent defendant Tomas Anzaldua in the above-captioned case. In connection with the above-captioned case, Mr. Anzaldua was arrested, and is currently released on bail, in the Southern District of Texas. He is scheduled to appear here in the Southern District of New York for his arraignment, presentment, and processing by Pretrial Services this Thursday, March 5, in the morning, and has his first appearance before Your Honor on Friday, March 6, 2020, at 11 a.m.

WACHTELL, LIPTON, ROSEN & KATZ

Honorable Victor Marrero
March 2, 2020
Page 2


Pursuant to 18 U.S.C. § 4282, I respectfully request that Your Honor direct the United States Marshals Service to arrange for and fund Mr. Anzaldua's travel between McAllen, Texas, and New York, New York, for his upcoming court arraignment and court appearance on March 5 and 6. Mr. Anzaldua is indigent and cannot pay for the transportation necessary to appear before the Court here in the Southern District of New York. The Court in the Southern District of Texas found that Mr. Anzaldua is financially unable to employ counsel and appointed counsel there on his behalf. *See United States of America* v. *Tomas Anzaldua*, No. 7:20 MJ 163 (S.D. Tex. 2020), Dkt. 3.

Because Mr. Anzaldua's arraignment, presentment, and processing are to occur in the morning of Thursday, March 5, and because Mr. Anzaldua is to appear before the Court on Friday, March 6, at 11 a.m., we ask that the United States Marshals Service arrange for and fund Mr. Anzaldua's travel to and from the Southern District of New York, arriving by 9 a.m. on Thursday, March 5, and returning to McAllen, Texas, in the evening of Friday, March 6.

I have attached a proposed transportation order for Your Honor's consideration. I thank the Court for its attention to this matter.

Respectfully submitted,

David B. Anders


CC:    Counsel of record (via ECF)

Enclosure