USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    19 CR 579-4
     -against-                        :
                                      :    ORDER
Tomas Anzaldua                        :
                                      :
          Defendant                   :
                                      :
--------------------------------------X
```

Victor Marrero, United States District Judge:

ORDERED that the defendant's bail be modified to permit home detention to be temporarily monitored with technology at the discretion of Pretrial Services, which may include the use of video conferencing or other approved applications until such time that the defendant is not symptomatic of or positive for COVID-19

Dated: New York, New York
       May 7, 2020

SO ORDERED

_____
Victor Marrero
U.S.D.J.