## WACHTELL, LIPTON, ROSEN & KATZ

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

**TELEPHONE: (212) 403-1000**
**FACSIMILE: (212) 403-2000**

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

MARTIN LIPTON
HERBERT M. WACHTELL
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MARC WOLINSKY
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG

STEVEN A. COHEN
DEBORAH L. PAUL
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES

DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE
DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
EDWARD J. LEE
BRANDON C. PRICE
KEVIN S. SCHWARTZ

MICHAEL S. BENN
SABASTIAN V. NILES
ALISON ZIESKE PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. BONNETT
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO

OF COUNSEL

MARTIN J.E. ARMS
MICHAEL H. BYOWITZ
KENNETH B. FORREST
SELWYN B. GOLDBERG
PETER C. HEIN
MEYER G. KOPLOW
LAWRENCE S. MAKOW
DOUGLAS K. MAYER
PHILIP MINDLIN
DAVID S. NEILL
HAROLD S. NOVIKOFF
LAWRENCE B. PEDOWITZ

ERIC S. ROBINSON
PATRICIA A. ROBINSON*
ERIC M. ROTH
PAUL K. ROWE
DAVID A. SCHWARTZ
MICHAEL J. SEGAL
ELLIOTT V. STEIN
WARREN R. STERN
PAUL VIZCARRONDO, JR.
PATRICIA A. VLAHAKIS
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
AMANDA K. ALLEXON
LOUIS J. BARASH
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
KATHRYN GETTLES-ATWA
ADAM M. GOGOLAK

NANCY B. GREENBAUM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
PAULA N. RAMOS
NEIL M. SNYDER
S. CHRISTOPHER SZCZERBAN
JEFFREY A. WATIKER

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020

May 15, 2020

Honorable Victor Marrero
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   *United States of America* v. *Tomas Anzaldua*, No. S1 19 Cr. 579
      (VM) (S.D.N.Y. 2019)

Dear Judge Marrero:

I represent defendant Tomas Anzaldua in the above-referenced matter.  I write to request a modification of the terms of Mr. Anzaldua's pretrial release to remove the home detention and location monitoring requirements.  We have consulted with the Pretrial Services Office and the U.S. Attorney's Office, and they do not object to this request.

Mr. Anzaldua was arrested in the Southern District of Texas on January 21, 2020 in connection with this matter.  On January 22, 2020, he was brought before Magistrate Judge

WACHTELL, LIPTON, ROSEN & KATZ

Honorable Victor Marrero
May 15, 2020
Page 2

Juan F. Alanis, who granted the government's motion for temporary detention and a continuance to prepare for a detention hearing. *See United States* v. *Tomas Anzaldua*, No. 7:20 MJ 163 (S.D. Tex. 2020), at Dkt. 4. On January 28, 2020, a detention hearing was held before Judge Alanis. Based upon the findings it made at the hearing, the court granted bail and set Mr. Anzaldua's conditions of release to include home detention and GPS location monitoring, along with a $100,000 personal recognizance bond secured by a $10,000 cash deposit. *See id.* at Dkt. 9. Mr. Anzaldua was subsequently released when bail was posted. On March 5, 2020, Mr. Anzaldua appeared in the Southern District of New York and was arraigned before Magistrate Judge Kevin N. Fox. Judge Fox set Mr. Anzaldua's conditions of release to include home detention and location monitoring, along with the $100,000 personal recognizance bond, co-signed by two financially responsible persons, and the $10,000 cash security previously set. Dkt. 52. Mr. Anzaldua was released on that bond and subject to those conditions, among others. On May 7, 2020, the Court entered an order temporarily modifying the conditions of bail to permit home detention to be monitored with technology at the discretion of the Pretrial Services Officer. Dkt. 57.

Since his arrest nearly four months ago, Mr. Anzaldua has fully complied with all of his conditions of release. He has timely appeared at all court hearings, including flying to the Southern District at his own expense[1], despite being indigent, to attend his arraignment and initial appearance. He has satisfactorily completed the drug treatment program, as supervised by the Pretrial Services Officer. He is employed full-time as a construction worker, an industry in which he has significant prior experience. As part of that employment, he is required to wear heavy duty work boots, which have occasionally interfered with his ankle monitor and have caused the device to vibrate and transmit alerts. Mr. Anzaldua promptly informed his Pretrial Services Officer of the issues with the device, including by sending photographs of the device on his leg. We have spoken to Officer Soto, Mr. Anzaldua's Pretrial Services Officer in the Southern District of Texas, who indicated that the device may be malfunctioning, and that, regardless, he does not oppose removal of the ankle monitor for Mr. Anzaldua's supervision, in part because it physically interferes with Mr. Anzaldua's work boots.

We subsequently conferred with the U.S. Attorney's Office, which informed us that the government views the location monitoring and home detention requirements as operating in tandem, and that Pretrial Services and the U.S. Attorney's Office do not object to removing both the electronic monitoring and home detention requirements. In light of Mr. Anzaldua's excellent supervision record, and his strong ties to the McAllen, Texas, area, where nearly all of his family members are located, we believe that neither of these conditions is necessary to ensure Mr. Anzaldua's appearance at all future proceedings. Accordingly, we respectfully request that

---

[1] Although the Court issued an order requiring the United States Marshals Service to pay for Mr. Anzaldua's transportation, Dkt. 49, due to the logistics of travel from the McAllen, Texas, area to New York, we were unable to arrange funded transportation for Mr. Anzaldua in time to ensure his appearance in New York on March 5 and 6. Rather than risk further delay or missing the scheduled appearances, Mr. Anzaldua arranged and paid for his own flights.

Wachtell, Lipton, Rosen & Katz

Honorable Victor Marrero
May 15, 2020
Page 3

the conditions of Mr. Anzaldua's bail be modified to remove the home detention and location monitoring conditions.

Respectfully submitted,

David B. Anders

**SO ORDERED.**

5/18/2020

DATE

VICTOR MARRERO, U.S.D.J.