**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,            :
                                     :          **19 CR 579 (VM)**
        -against-                    :
                                     :          <u>**ORDER**</u>
TOMAS ANZALDUA,                      :
                                     :
                Defendant.           :
---------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

Upon motion by defense counsel, (Dkt. No. 192), the Court hereby orders that the sentencing of the above-named defendant will be rescheduled from July 8, 2022 to August 5, 2022 10:00 AM.

**SO ORDERED:**

Dated:  New York, New York
        22 June 2022

Victor Marrero
U.S.D.J.