**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :       **19 CR 579 (VM)**
       -against-                    :
                                    :       <u>**ORDER**</u>
TOMAS ANZALDUA,                     :
                                    :
              Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The Court hereby orders that the sentencing of the above-named defendant will be rescheduled from August 5, 2022 to September 23, 2022 at 2:00 PM.

**SO ORDERED:**

Dated: New York, New York
       15 July 2022

                                        Victor Marrero
                                        U.S.D.J.