**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X
UNITED STATES OF AMERICA,          :
                                   :          **19 CR 579 (VM)**
       -against-          :
                                   :          <u>**ORDER**</u>
TOMAS ANZALDUA,                    :
                                   :
       Defendant.         :
------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court hereby orders that the sentencing of the above-named defendant be rescheduled from September 23, 2022 to October 28, 2022 at 12:00 PM.

**SO ORDERED:**

Dated: New York, New York
       13 September 2022

*Victor Marrero*
U.S.D.J.